UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| T-MOBILE, USA, Inc. § | |
| *Plaintiff* § | |
| § | |
| § | |
| v. § | Case No. 3:18-mc-29 |
| § | |
| § | |
| ISAIAH MICHAEL THOMAS, et al. § | |
| *Defendant* § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Carlton Fields Jorden Burt, P.A._____, with offices at

525 Okeechobee Boulevard, Suite 1200,_____
(Street Address)

West Palm Beach_____  Florida_____  33401_____
(City)                      (State)           (Zip Code)

561-659-7070_____  561-659-7368_____
(Telephone No.)             (Fax No.)

**II.** Applicant will sign all filings with the name Stacey K. Sutton_____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

MetroPCS, a brand of T-Mobile USA, Inc., a Delaware Corporation

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**   Applicant is a member in good standing of the bar of the highest court of the state of _____Florida_____, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:
_____

Bar license number: 289530     Admission date: 08/11/2000

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Washington DC | 10/12/2001 | Inactive |
| New York State | 07/18/2000 | Active |
| New Jersey | 12/13/1999 | Active |
| US DC SD FL | 01/12/2001 | Active |

Please see Exhibit A

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

07/15/2016                      MetroPCS v. Kaleem Mohammed, et.al. 3:16-cv-1946

02/26/2016                      MetroPCS v. PC-Wiz Corp., et al. 3:16-cv-442

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

April R. Terry, Gray Reed & McGraw                                        , who has offices at

1601 Elm Street, Suite 4600
(Street Address)

Dallax                          TX                    75201
(City)                          (State)               (Zip Code)

(469) 320-6130                  (469) 320-6828
(Telephone No.)                 (Facsimile No.)

**XI.**   Check the appropriate box below.

   For Application in a **Civil Case**

   [✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   [ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  2d     day of May                              , 2018     .

                                       Stacey K. Sutton
                                       Printed Name of Applicant

                                        /s/ Stacey K. Sutton
                                       Signature

**Continuation of Section V.**

| Court | Admission Date | Status |
| --- | --- | --- |
| M.D. Fla. | 04/06/2005 | Active |
| 11th Cir. Ct. App. | 06/06/2003 | Active |
| N.D. Ill. | 03/01/2016 | Active |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re:  0289530
Stacey Kim Sutton
Carlton Fields, PA
Carlton Fields Jorden Burt, PA PO Box 150
West Palm Beach, FL 33402-0150

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **August 11, 2000**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 2nd day of **May, 2018**.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar



PG:R10
CTM-10856